UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Scott Michaels,

                Plaintiff,

-against-

United States Patent and Trademark Office et al.,

                Defendants.

1:25-cv-07019 (RA) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

    Plaintiff, a British citizen who is appearing *pro se*, brings this action asserting federal law claims against the United States Patent and Trademark Office ("USPTO") and Kathi Vidal, in her official capacity as director of the USPTO.[1] By order dated August 27, 2025, Chief District Judge Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes current director of the USPTO, John A. Squires, in place of Kathi Vidal. *See* Fed. R. Civ. P. 25(d). The Clerk of Court is respectfully requested to update the caption of the ECF docket.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

. . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

The Clerk of Court is instructed to: (1) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (2) issue a summons and deliver to the Marshals Service a copy of this Order and all other paperwork necessary for the Marshals Service to effect service on the United States.

Plaintiff is advised that he may receive court documents by email by completing the form, [Consent to Electronic Service](#).[3]

The Clerk of Court is respectfully requested to mail an information package to Plaintiff.

**SO ORDERED.**

Dated:   New York, New York
         September 26, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[3] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

**SERVICE ADDRESSES FOR DEFENDANTS**

1. Office of the General Counsel
   United States Patent and Trademark Office
   P.O. Box 1450
   Alexandria, VA 22313

2. Civil Process Clerk
   United States Attorney's Office
   Southern District of New York
   86 Chambers Street, 3rd Floor
   New York, NY 10007

3. Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530